# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM VON ARNSWALDT, *et al*.,

    Plaintiffs,

vs.

PHH MORTGAGE CORP*., et al*.,

    Defendants.

Case No.  2:12-cv-00701-GMN-CWH

**ORDER**

This matter is before the Court on Defendant First American Title's Motion to Quash Service of Process (#5), filed August 29, 2012.  On September 11, 2012, the court granted the parties' stipulation dismissing Defendant First American Title with prejudice.  *See* Order (#12).  Consequently, Defendant's motion (#5) is moot.  Accordingly,

**IT IS HEREBY ORDERED** that  Defendant First American Title's Motion to Quash Service of Process (#5) is **denied as moot**.

DATED this 12th day of September, 2012.

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**